**STATE v THOMPSETT, et**

Ohio Appeals, 2nd Dist, Franklin Co.

No. 3030. Decided Oct. 30, 1939.

Ralph J. Bartlett, Prosecuting Attorney, Columbus; Henry L. Holden, Asst. Prosecuting Attorney, Columbus, for plaintiff-appellee, and for the motion.

Peter Albietz, Columbus, and John M. Scott, for defendants-appellants, and contra the motion.

**OPINION**

BY THE COURT:

Submitted on motion of appellee to dismiss the appeal, for the reason that the briefs of the appellants were not filed within 50 days of the date of filing the notice of appeal, as provided in Rule VII of the Court of Appeals.

The motion will be overruled.

Rule VII has application to appeals on questions of law in civil cases only.

HORNBECK, PJ., GEIGER & BARNES, JJ., concur.